No. 329. COMPAGNIE GENERALE TRANSATLANTIQUE *v.* TAWES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Jos. M. Rault* and *Benjamin W. Yancey* for petitioner. *Solicitor General Biddle, Assistant Attor-*

*ney General' Shea,* and *Messrs. Paul A. Sweeney* and *Wm. A. Van Siclen* for respondent.

